# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Pfeifer Sutter Family, LLC
(Counter Claimant and Third Party Plaintiff)

*Plaintiff(s)*

v.

Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10

*Defendant(s)*

Civil Action No. 1:22-cv-00282

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES CROWELL
1719 W. Quitman
St. Iuka, MS 38852

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Pfeifer Sutter Family, LLC
(Counter Claimant and Third Party Plaintiff)

*Plaintiff(s)*

v.

Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10

*Defendant(s)*

Civil Action No. 1:22-cv-00282

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHNS EASTERN COMPANY, INC.
c/o CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Pfeifer Sutter Family, LLC
(Counter Claimant and Third Party Plaintiff)

*Plaintiff(s)*

v.

Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10

*Defendant(s)*

Civil Action No. 1:22-cv-00282

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* J.S. HELD LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Pfeifer Sutter Family, LLC
(Counter Claimant and Third Party Plaintiff)

*Plaintiff(s)*

v.

Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10

*Defendant(s)*

Civil Action No. 1:22-cv-00282

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RIMKUS CONSULTING GROUP, INC.
c/o CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| Pfeifer Sutter Family, LLC<br>(Counter Claimant and Third Party Plaintiff)<br><br>*Plaintiff(s)*<br>v.<br><br>Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10<br><br>*Defendant(s)* | ) | Civil Action No. 1:22-cv-00282 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHN STELTER
224 Desota Road
West Palm Beach, FL 33405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset