AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | |
|---|---|
| Pfeifer Sutter Family, LLC<br>(Counter Claimant and Third Party Plaintiff)<br><br>*Plaintiff(s)*<br>v.<br><br>Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, James Crowell, J.S. Held, LLC, Rimkus Consulting Group, Inc., Joe Does 1-10<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-00282 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* J.S. HELD LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel G. Blackburn, Esq.
P. O. Box 458
Bay Minette, AL 36507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF ALABAMA

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: August 12, 2022

Nicole Hawkins
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-00282

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* J. S. Held, LLC

was received by me on *(date)* 08/12/2022 .

☐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I served the summons via certified mail.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/22/2022

Candice Williams

*Server's signature*

Candice Williams

*Printed name and title*

Blackburn & Conner, P.C.
P. O. Box 458
Bay Minette, AL 36507

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J.S. HELD LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Sureet
Montgomery, AL 36104

9590 9402 6583 1028 9968 85

2. Article Number *(Transfer from service label)*

7018 2290 0000 4434 5948

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster ☒ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
8-15-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt