**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

HAMILTON INSURANCE DAC, :

Petitioner, :

vs. : CA 22-0282-KD-MU

PFEIFER SUTTER FAMILY LLC, :

Respondent.

**ORDER**

The motion to dismiss third-party complaint filed by Johns Eastern Co., Inc., John Stelter, J.S. Held, LLC, and Rimkus Consulting Group, Inc. (Doc. 20), will be taken under submission on **October 3, 2022.** Respondent is **ORDERED** to file its response in opposition, or otherwise plead, not later than **September 22, 2022,** and the movants their reply, if necessary, not later than **September 30, 2022.** Briefing with respect to the motion to dismiss third-party complaint will then be **CLOSED.**

**DONE** and **ORDERED** this the 6th day of September, 2022.

s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**