**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HAMILTON INSURANCE DAC,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Civil Action No.: 1:22-cv-00282** |
| | ) | |
| **PFEIFER SUTTER FAMILY LLC** | ) | |
| | ) | |
| **Respondent.** | ) | |

**DISCLOSURE STATEMENT: J.S. HELD LLC**

Third-Party Defendant J.S. Held LLC, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

1. J.S. Held LLC is a global consulting firm providing specialized technical, scientific, and financial expertise across all assets and value at risk.
2. J.S. Held LLC is a wholly owned subsidiary of J.S. Held Midco LLC.
3. J.S. Held LLC is not a publicly traded corporation.
4. No publicly held corporation owns 10% or more of J.S. Held LLC's stock.

Respectfully submitted on this 16th day of September, 2022.

/s/ *Natalie A. Daugherty*

NATALIE A. DAUGHERTY
(ASB-6494-A55D)
Galloway, Johnson, Tompkins, Burr & Smith PLC
63 S. Royal Street, Suite 302
Mobile, Alabama 36602
Telephone: (251) 438-7850
Facsimile: (251) 438-7875
ndaugherty@gallowaylawfirm.com

Attorney for Hamilton Insurance DAC, Johns Eastern Co., LLC, John Stelter, J.S. Held, LLC, and Rimkus Consulting Group, Inc.

CERTIFICATE OF SERVICE

I, Natalie A. Daugherty, attorney for Petitioner in the above-styled action, certifies that on the 16th day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing via email to the following:

Daniel G. Blackburn
Blackburn & Conner PC
Post Office Box 458
Bay Minette, Alabama 36507
Phone: (251) 937-1750
E-mail: dblackburn@blackburnpc.com
Attorney for Pfeifer Sutter Family, LLC

The following defendants will be served with copies of the filing via Email or U.S. First Class Mail:

JAMES CROWELL
5801 Marshview Drive
Wilmington, NC 28403-3500

/s/ *Natalie A. Daugherty*
NATALIE A. DAUGHERTY