**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| HAMILTON INSURANCE DAC, | : | |
| Petitioner, | : | |
| vs. | : | CA 22-0282-KD-MU |
| PFEIFER SUTTER FAMILY LLC, | : | |
| Respondent. | | |

# ORDER

A review of the disclosure statements presented by Third-Party Defendants J.S. Held LLC (Doc. 22) and Rimkus Consulting Group, Inc. (Doc. 23), pursuant to Civil Local Rule 7.1 and Fed.R.Civ.P. 7.1, has been completed. That review has not revealed any reason to believe that there are potential conflicts of interest that would require disqualification or recusal in this action.

**DONE** and **ORDERED** this the 22nd day of September, 2022.

s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**