**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| HAMILTON INSURANCE DAC, | : | |
| Petitioner/Counter Defendant, | : | |
| vs. | : | |
| PFEIFER SUTTER FAMILY LLC, | : | |
| Respondent/Counter Plaintiff/ Third Party Plaintiff, | : | CA 22-0282-KD-MU |
| vs. | : | |
| JOHNS EASTER COMPANY, INC., et al., | : | |
| Third Party Defendants. | : | |

## ORDER

This cause is before the Court on the parties' Rule 26(f) report, filed September 26, 2022 (Doc. 28). Although the parties have indicated a scheduling conference is not needed in this case (*see id.,* PageID.301), it is the undersigned's belief that bringing the parties and the Court together at this stage in the proceedings promotes efficiency in the litigation process, helps avoid discovery disputes, provides a clearer path to pretrial resolution, and allows counsel to pose questions to the Court, *see* Fed.R.Civ.P. 16(b)(1)(B) (providing that a magistrate judge must issue a scheduling order "after consulting with the parties' attorneys . . . at a scheduling conference.").

In light of the foregoing, this action shall come on for a Rule 16(b) scheduling conference by telephone on **October 5, 2022,** at **10:00 a.m.** To access the telephone conference, counsel for the parties are to use the following numbers:

| | |
|---|---|
| **TELECONFERENCE BRIDGE NUMBER** | **571-353-2301** |
| **GUEST ID** | **002111803** |

Conference participants are requested to abstain from using cell phones or the conference option on landline phones due to their propensity to disrupt the recording system.

**DONE** and **ORDERED** this the 28th day of September, 2022.

s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**