IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HAMILTON INSURANCE DAC,<br><br>Petitioner/Counter Defendant,<br>v.<br><br>PFEIFER SUTTER FAMILY LLC<br><br>Respondent/Counter Plaintiff/<br>Third Party Plaintiff,<br><br>v.<br><br>JOHNS EASTERN COMPANY, INC.,<br>et al.,<br><br>Third Party Defendants. | ) | CA 22-0282-KD-MU |

# NOTICE OF SERVICE

Pursuant to S.D. Ala. Civil L.R. 5(b), Hamilton Insurance DAC, Johns Eastern Company, Inc., John Stelter, J.S. Held, LLC, Rimkus Consulting Group, Inc., and James Crowell file this notice that copies of the following discovery documents have been served on all parties of record:

1. Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

/s/ *Natalie A. Daugherty*
NATALIE A. DAUGHERTY
(ASB-6494-A55D)
Galloway, Johnson, Tompkins, Burr & Smith PLC
63 S. Royal Street, Suite 302
Mobile, Alabama 36602
Telephone: (251) 438-7850
Facsimile: (251) 438-7875
ndaugherty@gallowaylawfirm.com
Attorney for Hamilton Insurance DAC, Johns Eastern Co., LLC, John Stelter, J.S. Held, LLC, Rimkus Consulting Group, Inc., and James Crowell

CERTIFICATE OF SERVICE

I, Natalie A. Daugherty, attorney for Petitioner in the above-styled action, certifies that on the 17th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing via email to the following:

Daniel G. Blackburn
Blackburn & Conner PC
Post Office Box 458
Bay Minette, Alabama 36507
Phone: (251) 937-1750
E-mail: dblackburn@blackburnpc.com
Attorney for Pfeifer Sutter Family, LLC

/s/ *Natalie A. Daugherty*
NATALIE A. DAUGHERTY