IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAMILTON INSURANCE DAC, | : |
| Petitioner/Counter Defendant, | : |
| vs. | : Civil Action No. 22-0282-KD-MU |
| PFEIFER SUTTER FAMILY LLC, | : |
| Respondent/Counter Plaintiff. | : |

### ORDER

This action is before the Court on the Notice of Settlement filed by Defendant Pfeiffer Sutter Family, LLC (doc. 62). Defendant reports that the parties have reached a settlement to dismiss this action with prejudice, and they plan to file a joint stipulation for dismissal within thirty (30) days.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate this action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

DONE and ORDERED this 3rd day of October 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE